TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 09 2023 ★
LONG ISLAND OFFICE

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

A) **If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA

CR 23 197

-v.-
Docket Number

GEORGE ANTHONY DEVOLDER
SANTOS, a/k/a "George Santos"
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SEYBERT, J.

B) **If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: AUSA Anthony Bagnuola
Firm Name:_____
Address: U.S. Attorney's Office, Eastern District of New York
610 Federal Plaza, Central Islip NY 11722
Phone Number: (631) 715-7849
E-Mail Address: anthony.bagnuola@usdoj.gov

Ongoing criminal investigation

SHIELDS, M.J.

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

DATED: Central Islip                    , NEW YORK
       May 9, 2023

/s/ Arlene R. Lindsay

U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE May 9, 2023
                                       DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

May 9, 2023
DATE

SIGNATURE