RCH:AXB/LZ
F.# 2022R01030

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GEORGE ANTHONY DEVOLDER SANTOS,
    also known as "George Santos,"

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 23-197 (JS) (AYS)

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Ryan C. Harris, Anthony Bagnuola, and Laura Zuckerwise, for an order provisionally unsealing the above-referenced matter.

        WHEREFORE, it is ordered that, upon the execution of the arrest warrant issued on or about May 9, 2023 in the above-referenced-matter, the underlying Indictment and related docket shall be unsealed.

Dated:   Central Islip, New York
          May 9, 2023

                                           /s/ Arlene R. Lindsay
                                           _____
                                           THE HONORABLE ARLENE R. LINDSAY
                                           UNITED STATES MAGISTRATE JUDGE
                                           EASTERN DISTRICT OF NEW YORK