UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                              2:23-cr-197-JS

GEORGE ANTHONY DEVOLDER
SANTOS,
       also known as "George Santos,"

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Trial Attorney Jacob R. Steiner from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Trial Attorney Jacob R. Steiner
       Public Integrity Section
       U.S. Department of Justice
       1301 New York Ave, NW, 10th Floor
       Washington, DC 20530
       Tel:  202-514-1412
       Email: Jacob.Steiner@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Jacob R. Steiner at the email address set forth above.

Dated: Central Islip, New York
May 10, 2023

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section

By: */s/ Jacob R. Steiner*
Jacob R. Steiner
Trial Attorney

cc: Clerk of the Court (JS)