Referral Order (rev. 5/22)                              Page 1

# UNITED STATES DISTRICT COURT
## Eastern District of New York

United States of America

- v -

George Anthony Devolder Santos
*Defendant*

Case No.: **23-cr-0197-001-JS-AYS**

## REFERRAL ORDER

The above-referenced criminal case is hereby referred to **Magistrate Judge Anne Y. Shields** for the following purpose(s):

[X]  To conduct an arraignment on the (Superseding) Indictment or Information, to appoint counsel (if appropriate), and/or to rule on any bond applications or modifications.

[ ]  Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable.

[ ]  To select a jury of _____, with _____ alternates.

**SO ORDERED:**

*s/ Joanna Seybert*
Joanna Seybert, Senior U.S. District Judge

Dated: 5/10/2023
Central Islip, N.Y.

---

The undersigned defendant has voluntarily consented to the above after full consultation with counsel. The undersigned defendant will suffer no prejudice by not consenting. If there is no consent, the District Court Judge assigned, rather than the Magistrate Judge, will act.

Defendant Signature: _____
Printed Name: George Anthony Devolder Santos

Counsel Signature: _____
Printed Name: Joseph W. Murray

Government: _____
Printed Name: Anthony Bagnuola

**SO ORDERED:**
/s/ Anne Y. Shields
Anne Y. Shields, U.S.M.J.

Dated: 5/10/23
Central Islip, N.Y.