AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

__USA__
Plaintiff

v.    Case No. 23cr 197(JS)

__George Anthony Devolder Santos__
Defendant

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Anthony Devolder Santos

Date: 5/10/2023

_____
Attorney's signature

Joseph W. Murray
Printed name and bar number

185 Great Neck Rd Suite 46
Address

Joe@Jmurray-law.com
E-mail address

718-514-3855
Telephone number

646-838-1702
FAX number