`**BEFORE:** Anne Y. Shields, USMJ **DATE:** 5/10/23

## CRIMINAL CAUSE FOR ARRAIGNMENT/INITIAL APPEARANCE

**DOCKET #:** CR-23-197-JS-AYS  **CAPTION:** USA v. Devolder Santos  Time: 1:30 PM (30 min)

**DEFENDANT:** George Anthony Devolder Santos  Deft. #1  **COUNSEL:** Joseph W. Murray
  X  Present  ____Not Present  ____In custody  ____Bail      ____CJA  X  Retained  ____Federal Defenders
                                  X  Self Surrender

**GOVERNMENT:** Jacob Steiner, Jolee Porter, Ryan C. Harris, Anthony Bagnuola, Laura Zuckerwise

**COURT REPORTER:** Paul Lombardi

**COURTROOM DEPUTY:** JT   **PRETRIAL REPORT PREPARED BY:** Amanda Sanchez
                                                            X  present  ____not present

  X  Case called.

  X  Defendant arraigned on Counts on all counts of the Indictment.

  X  Defendants initial appearance.

  X  Defendant waives public reading and **pleads not guilty to all counts** of the Indictment.

  ____  Preliminary Hearing waiver executed.

  X  **Speedy Trial Order Information:** Code Type: X-
         Start Date: 5/10/23 XSTART
         Stop Date: 6/30/23 XSTOP

  ____  Waiver of Speedy Indictment executed:  Time excluded from _____ through _____

  X  Order Setting Conditions of Release and Bond executed for defendant. See bond for details.

  ____  Temporary Order of Detention entered for defendant (s):

  ____  Detention Hearing scheduled for: _____

  ____  Permanent Order of Detention entered for defendant.

  ____  Rule 40 Hearing held.

  ____  Removal Hearing scheduled for: _____

  X  In Person Status Conference set for :  **6/30/23 at 12:00 PM before Judge Seybert**

  X  Defendant released on Bond.

  ____  Defendant continues in custody.

**OTHER:** _____