## Exhibit-B-F

Requesting to File Under Seal as it is a threat called in to Capital Police which will compromise the investigation if revealed