

Tue 4:53 PM

Wow, Murray, you're going to continue to lie for George Santos the queer. The queer liar. Wow, Murray you suck to it all time low. Congratulations to representing Hawaiian queers.