

7:04 AM

Yeah, y'all representing some fake m*********** like George Santos is just going to ruin your law firm. And this is Joseph Murray m***********. Yeah, good luck ever getting anybody other than a piece of s*** Republican to ever hire. You you f****** moron what the hell you're representing this fake gay f****. f*** you. f*** you mother f*****. See you in court dick head.