Michael Guest, Mississippi
*Chairman*

Susan Wild, Pennsylvania
*Ranking Member*

David P. Joyce, Ohio
John H. Rutherford, Florida
Andrew R. Garbarino, New York
Michelle Fischbach, Minnesota

Veronica Escobar, Texas
Mark DeSaulnier, California
Deborah K. Ross, North Carolina
Glenn F. Ivey, Maryland

Thomas A. Rust
*Staff Director and Chief Counsel*

Kelle A. Strickland
*Counsel to the Chairman*

David Arrojo
*Counsel to the Ranking Member*

1015 Longworth House Office Building
Washington, D.C. 20515–6328
Telephone: (202) 225–7103
Facsimile: (202) 225–7392



ONE HUNDRED EIGHTEENTH CONGRESS

# U.S. House of Representatives

COMMITTEE ON ETHICS

May 16, 2023

**<u>MEMBER'S PERSONAL ATTENTION</u>**

The Honorable George Santos
U.S. House of Representatives
1117 Longworth House Office Building
Washington, D.C. 20515

Dear Representative Santos:

      The Committee on Ethics ("Committee") is aware from court documents that you were released from federal custody on an unsecured $500,000 bond and public reporting indicates the bond was cosigned by three individual sureties.[1] Pursuant to Rule XI, clause 3 of the House of Representatives, and Committee Rule 18(a), we have determined to gather additional information concerning whether you may have solicited or received an improper gift in connection with the bond sureties.[2]

      In order to properly review this allegation, at this time, we request the following:

1. Identify the individuals who co-signed the appearance bond.

2. Inform the Committee of any payments made by you or on your behalf to the co-signers as compensation for securing the bond.

3. Inform the Committee of any exceptions to the Gift Rule (House Rule XXV, clause 5) that you believe may apply to the sureties.

4. Provide all documents relating to the bond, including any communications with the co-signers by you or anyone acting on your behalf.

      We request that, within 14 days of the date of this letter, you provide the requested information and documents to the Committee, along with any other information that you believe may be relevant to this matter. To the extent that any part of your response is not a complete

---

[1] Order Setting Conditions of Release and Appearance Bond as to George Anthony Devolder Santos, *U.S. v. Santos*, 23-cr-197, Document 12 (E.D.N.Y. May 10, 2023); "Santos released on $500,000 bond," NBC NEWS (May, 10, 2023), https://www.nbcnews.com/politics/congress/live-blog/george-santos-indictment-arrest-live-updates-rcna83751#rcrd13035.

[2] Accordingly, we hereby direct you not to destroy, allow to be destroyed, or alter, any documents of any kind related to the aforementioned allegation or the specific issues and requests outlined in this letter.

The Honorable George Santos
Page 2

written response signed by you, we request that the response be provided under oath or affirmation. (We have enclosed a declaration for this purpose.)

We thank you in advance for your cooperation. If you have any questions concerning this matter, please contact Committee staff at (202) 225-7103. If you are represented by counsel in this matter, please direct your questions through your counsel.

Sincerely,

| Michael Guest | Susan Wild |
| Chairman | Ranking Member |

Enclosure

**Declaration**

I, Representative George Santos, declare (certify, verify, or state) under penalty of perjury that the response and factual assertions contained in the attached letter dated _____, 2023, relating to my response to the [date], Committee on Ethics letter, are true and correct.

Signature: _____

Name: Representative George Santos

Date: _____, 2023