## CRIMINAL CAUSE FOR BOND SIGNING

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 15 2023 ★
LONG ISLAND OFFICE

**BEFORE:** Anne Y. Shields          **DATE:** 5/15/23

**UNITED STATES MAGISTRATE JUDGE**   **TIME:** 10:30 AM

**DOCKET #:** CR-23-197     **CAPTION:** *U.S.A. -v- Devolder Santos*

**DEFENDANT:** George Anthony Devolder Santos
___ PRESENT   _X_ NOT PRESENT

**ATTORNEY:** Joseph Murray
_X_ PRESENT   ___ NOT PRESENT

**AUSA:** Anthony Bagnuola
_X_ PRESENT   ___ NOT PRESENT

**COURTROOM DEPUTY:** JT

**FTR:** 10:44-10:56

**OTHER:** Suretors present in the courtroom. Court reviews conditions and advises of risks of signing bond. Suretors acknowledge and agreed to sign bond.