TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**


**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 15 2023 ★



**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

LONG ISLAND OFFICE

******************************
USA

A) **If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

    -v.-

23-CR-197(JS)
_____
Docket Number

******************************

B) **If a new application, the statute, regulation, or other legal basis that authorizes filing under seal**

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ____
Name:_____
Firm Name:_____
Address:_____
_____
Phone Number:_____
E-Mail Address:_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

<u>INDICATE UPON THE PUBLIC DOCKET SHEET: YES_____ NO_____</u>
**If yes, state description of document to be entered on docket sheet:**
_____
_____
_____

DATED: 5/15/23          CENTRAL ISLIP, NEW YORK
/s/ Anne Y. Shields
_____
<u>**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**</u>

RECEIVED IN CLERK'S OFFICE_____
                                                   DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ____This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____          _____
     DATE                                        SIGNATURE