**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

United States of America

-v-                                    **2:23-CR-00197**

George Anthony Devolder Santos    Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff☐ Defendant☐ DOJ☐
Name:
Firm Name:
Address:

Phone Number:
E-Mail Address:

INDICATE UPON THE PUBLIC DOCKET SHEET: YES☐  NO☐
**If yes, state description of document to be entered on docket sheet:**

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: 2:23-CR-00197
Judge: Seybert                        Date
Entered: 06/20/2023

**B) If a _new_ application,** the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: 06/20/2023                 , CENTRAL ISLIP, NEW YORK

/s/ JOANNA SEYBERT

**U.S. DISTRICT JUDGE**

RECEIVED IN CLERK'S OFFICE

DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ☐ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ____; or **C.)** ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____          _____
DATE                          SIGNATURE