UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                          2:23-cr-197-JS

GEORGE ANTHONY DEVOLDER
SANTOS,
       also known as "George Santos,"

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney John P. Taddei from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Trial Attorney John P. Taddei
    Public Integrity Section
    U.S. Department of Justice
    1301 New York Ave, NW, 10th Floor
    Washington, DC 20530
    Tel:  202-514-1412
    Email: john.taddei@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney John P. Taddei at the email address set forth above.

Dated: Central Islip, New York
August 7, 2023

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section

By: */s/ John P. Taddei*
John P. Taddei
Trial Attorney

cc: Clerk of the Court (JS)