UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

GEORGE ANTHONY DEVOLDER SANTOS,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER OF EXCLUDABLE DELAY

Docket No. 23-CR-197 (JS)

    WHEREFORE a joint application by BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Ryan C. Harris, Anthony Bagnuola, and Laura Zuckerwise, and COREY R. AMUNDSON, Chief of the Public Integrity Section of the United States Department of Justice, by Trial Attorneys John Taddei and Jacob Steiner (collectively, the "Government") and defendant GEORGE ANTHONY DEVOLDER SANTOS, seeks an Order excluding the time period from September 7, 2023 to October 27, 2023, in computing the time within which trial must commence in the above-captioned matter, and

    WHEREFORE, the Government and the defendant stipulate that they are engaged in discussions regarding possible paths forward in this matter and that defense counsel is engaged in the review of voluminous discovery materials and that the parties require an exclusion of time in order to focus efforts on their discussions, and defense counsel requires an exclusion of time for review of discovery materials without the risk that they would not, despite their diligence, have reasonable time for effective preparation for trial, and

    WHEREFORE, the Court finds that the requested exclusion of time serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial the

exclusion of time will allow all counsel to focus their efforts on those discussions and that review of material without the risk that they would be denied the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence;

   IT IS ORDERED that the period of time from September 7, 2023 to October 27, 2023, shall be excluded from the computation of time within which trial must commence in the above-captioned matter.

Dated: Central Islip, New York
   September , 2023

              _____
              THE HONORABLE JOANNA SEYBERT
              UNITED STATES DISTRICT JUDGE
              EASTERN DISTRICT OF NEW YORK