AXB\
F. #2022R01030

F I L E D\
IN CLERK'S OFFICE\
U.S. DISTRICT COURT E.D.N.Y.\
★ OCT 05 2023 ★\
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT\
EASTERN DISTRICT OF NEW YORK\
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

NANCY MARKS,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 23-CR-197 (JS) (AYS)

      PLEASE TAKE NOTICE that the undersigned will move this Court, before the Honorable Joanna Seybert, United States District Judge, for leave to file an information upon

the defendant NANCY MARKS's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Central Islip, New York
October 5, 2023

                                        BREON PEACE
United States Attorney
Eastern District of New York
Attorney for Plaintiff
610 Federal Plaza
Central Islip, New York 11722

By: /s/
Ryan C. Harris
Anthony Bagnuola
Laura Zuckerwise
Assistant United States Attorneys
(631) 715-7000

COREY AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

By: /s/
Jacob Steiner
John Taddei
Trial Attorneys, Public Integrity Section

Cc: Clerk of the Court
Raymond G. Perini, Esq.