**INFORMATION SHEET**

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **OCT 05 2023** ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

1.   Title of Case:  United States v. Nancy Marks

2.   Related Magistrate Docket Number(s): _____

3.   Arrest Date:   10/5/2023

4.   Nature of offense(s):   ☒  Felony
                                        ☐  Misdemeanor

5.   Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y.
     Division of Business Rules):  United States v. Devolder Santos, 23-CR-197 (JS)

6.   Projected Length of Trial:      Less than 6 weeks      ☒
                                             More than 6 weeks     ☐

7.   County in which crime was allegedly committed: Nassau/Suffolk
     (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.   Was any aspect of the investigation, inquiry and prosecution giving rise to the case
     pending or initiated before March 10, 2012.[1]      ☐ Yes  ☒ No

9.   Has this indictment/information been ordered sealed?      ☐ Yes  ☒  No

10.  Have arrest warrants been ordered?      ☐ Yes  ☒ No

11.  Is there a capital count included in the indictment?  ☐ Yes  ☒ No

                                        BREON PEACE
                                        United States Attorney

                    By:      _____
                                Ryan C. Harris
                                Anthony Bagnuola
                                Laura Zuckerwise
                                Assistant U.S. Attorneys
                                (631) 715-7000

_____
[1]      Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12