AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 05 2023 ★

LONG ISLAND OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>NANCY MARKS )<br>*Defendant* ) | Case No.  23-CR-197 (JS) (AYS) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NANCY MARKS

Date:  10/05/2023

*Attorney's signature*

Raymond G. Perini  (1633635)
*Printed name and bar number*

Perini & Hoerger
1770 Motor Pkwy., Suite #300
Islandia, New York 11749

*Address*

perinihoerger@aol.com
*E-mail address*

(631) 232-2224
*Telephone number*

(631) 232-2344
*FAX number*