# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>- v -<br>_____Nancy Marks_____ | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**<br>Case No(s).: **23-cr-0197-JS-AYS**<br>Date: **10/5/2023**<br>Start Time: **3:13 PM**   Total Time: **30 mins.** |

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

**SEALED PROCEEDING:** ☐ Yes ☑ No

**I. APPEARANCES:**

Defendant (# __2__ ): **Nancy Marks**     Counsel: **Raymond Parini and Maureen Hoerger**
☑ Present  ☐ Not Present  ☑ In Custody  ☐ On Bond  ☑ Surrendered    ☑ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____ ): _____     Counsel: _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered    ☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____ ): _____     Counsel: _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered    ☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____ ): _____     Counsel: _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered    ☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Government: **Anthony Bagnuola, Ryan Harris, Laura Zuckerwise, Jacob Steiner, John Taddei**    Court Reporter: **Kristi Cruz**

Pretrial/Probation: **Amanda Sanchez**     FTR Time: _____

Interpreter: _____ Language: _____     Courtroom Deputy: **Eric L. Russo**

☐ See Additional Appearances page.

**II. PROCEEDINGS HELD:**

| | | | |
|---|---|---|---|
| ☑ In-Person | ☑ Arraignment | ☐ Evidentiary Hearing | ☑ Plea Hearing |
| ☐ By Telephone | ☑ Bond Hearing | ☐ Fatico Hearing | ☐ Sentencing/Re-Sentencing |
| | ☐ Curcio Hearing | ☑ Initial Appearance | ☐ Status/Pre-Trial Conference |
| | ☐ Detention Hearing | ☐ Motion Hearing | |

☐ Other Proceeding: _____

**III. PROCEEDINGS SUMMARY:**

☑ Arraignment held regarding _count one (1) of the single-count Information filed on 10/5/2023_____.

     ☑ Defendant __2__ initial appearance before this Court.

     ☑ Defendant __2__ waived Indictment. Waiver(s) executed.

     ☑ Defendant __2__ waived the public reading of the charging instrument.

     ☐ The Court read the charges outlined in the charging instrument and the defendant(s) acknowledged the charges.

     ☑ Defendant __2__ entered a plea of <u>NOT GUILTY</u> as to all counts of the charging instrument.

     ☑ The Government was advised and acknowledged its obligation under <u>Rule 5(f) of the F.R.Cr.P.</u> and the <u>Due Process Protections Act</u>. The Court will issue a written order with further details.

     ☐ Defendant _____ waived Speedy Trial from _____. (*Excludable Code*: ____ )

     ☐ Defendant _____ did not waive Speedy Trial.

     ☐ Speedy Trial for Defendant _____ waived from _____ by order of the Court. (*Excludable Code*: ____ )

     ☐ The Court deems (or previously deemed) this case complex.

         ☐ Speedy Trial for Defendant _____ is waived pursuant to <u>18 U.S.C. § 3161(h)(7)(B)(ii)</u>. (*Excludable Code*: <u>XT</u>)

     ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Curcio Hearing held.
    - ☐ The parties presented their oral arguments to the Court.
    - ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
    - ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
    - ☐ The defendant wishes to relieve current defense counsel and:
        - ☐ retain new counsel.
            - ☐ Defendant must retain new counsel by _____; or within _____ of this hearing.
        - ☐ have new counsel appointed by the Court.
            - ☐ The defendant completed and filed a CJA 23 Financial Affidavit for the Court's review.
    - ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Status/Pre-Trial Conference held regarding _____.
    - ☐ This was an initial appearance before this Court by Defendant _____.
    - ☐ The parties advised the Court of the status of the case.
    - ☐ Defendant _____ waived Speedy Trial from _____. (*Excludable Code*: ____ )
    - ☐ Defendant _____ did not waive Speedy Trial.
    - ☐ Speedy Trial for Defendant _____ waived from _____ by order of the Court. (*Excludable Code*: ____ )
    - ☐ The Court deems (or previously deemed) this case complex.
        - ☐ Speedy Trial for Defendant _____ is waived pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). (*Excludable Code*: XT )
    - ☐ The following briefing schedule was set:
        - ☐ _____ due by: _____.
        - ☐ _____ due by: _____.
        - ☐ _____ due by: _____.
        - ☐ _____ due by: _____.
    - ☐ The parties were directed to file a proposed briefing schedule for this Court's approval on or before _____.
    - ☐ The Court deems (or previously deemed) this case trial ready.
        - ☐ The Court set the following pre-trial submission schedule:
            - ☐ All 3500 material and 404(b) evidence shall be turned over by: _____.
            - ☐ Motions in Limine shall be filed by: _____.
            - ☐ Oppositions to Motions in Limine due by: _____.
            - ☐ Replies to Motions in Limine due by: _____.
            - ☐ Proposed Voir Dire questions and case summary due by: _____.
            - ☐ Proposed exhibits and witness list due by: _____.
            - ☐ Requests to Charge and proposed Verdict Sheets: _____.
        - ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
    - ☐ The parties are to ensure <u>courtesy copies</u> of their submissions (outlined above) are promptly provided to Chambers. (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Evidentiary/Motion Hearing held regarding _____.
    - ☐ The parties presented their oral arguments to the Court.
    - ☐ Witness(es) were called ☐ for the Government; ☐ for the defendant(s).
    - ☐ Exhibits were entered into evidence.
    - ☐ The Court made the following ruling(s): ☐ Motion granted; ☐ Motion denied; ☐ Motion granted, in part, and denied, in part.
        - ☐ [                                                                                                           ]
    - ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☑ Plea Hearing held as to count(s) <u>count one (1) of the single-count Information filed on 10/5/2023</u>_____.
  - ☑ The defendant was informed of the constitutional rights being waived and any potential consequences of pleading guilty.
  - ☑ The defendant withdrew previously entered not guilty plea and entered a plea of <u>GUILTY</u> to the above referenced count(s).
  - ☑ Court found that the there is a factual basis for the plea and accepted the defendant's plea of guilty.
  - ☐ An Order of Forfeiture was executed.
  - ☑ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
  - ☐ The parties waived the preparation of the Presentence Investigation Report.
  - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Fatico Hearing held.
  - ☐ The parties presented their oral arguments to the Court.
  - ☐ Witness(es) were called ☐ for the Government; ☐ for the defendant(s).
  - ☐ Exhibits were entered into evidence.
  - ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
  - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Sentencing/Re-Sentencing held as to count(s) _____.
  - ☐ The parties advised the Court that there are no objections to the Presentence Investigation Report.
  - ☐ The parties outlined their objections to the Presentence Investigation Report on the record.
  - ☐ The Court adopted the Presentence Investigation Report without change.
  - ☐ The Court outlined changes to the Presentence Investigation Report on the record.
  - ☐ Statements were heard from ☐ defense counsel; ☐ the defendant; ☐ the Government; ☐ the victim(s); ☐ others.
  - ☐ The defendant was sentenced to <u>IMPRISONMENT</u> for a total term of _____.
    - ☐ Upon release, the defendant shall be on <u>SUPERVISED RELEASE</u> for a total term of _____.
      - ☐ The defendant shall comply with the standard conditions of supervision (to be outlined in the judgment).
      - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court (to be outlined in the judgment).
    - ☐ The Court did not impose a term of Supervised Release.
  - ☐ The defendant was sentenced to <u>PROBATION</u> for a total term of _____.
    - ☐ The defendant shall comply with the standard conditions of supervision (to be outlined in the judgment).
    - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court (to be outlined in the judgment).
  - ☐ The defendant must pay the following criminal monetary penalties:
    - ☐ <u>RESTITUTION</u> in the amount of                $ _____.
      - ☐ An Order of Restitution was executed.
    - ☐ A <u>FINE</u> in the amount of                     $ _____.
    - ☐ A <u>SPECIAL ASSESSMENT</u> fine in the amount of $ _____.
    - ☐ An <u>AVAA ASSESSMENT</u> fine in the amount of   $ _____.
    - ☐ A <u>JVTA ASSESSMENT</u> fine in the amount of    $ _____.
  - ☐ The <u>interest requirement</u> on any of the criminal monetary penalties:
    - ☐ was ordered on the amounts of more than $2,500.00.
    - ☐ was modified, as stated on the record.
    - ☐ was waived/not ordered/not applicable.
  - ☐ Restitution ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
  - ☐ A fine and/or other assessment ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
  - ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by motion to the Court.
  - ☐ All other conditions shall remain in effect as previously ordered and outlined in the judgment(s) dated _____.
  - ☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture.
  - ☐ A Final Order of Forfeiture was executed.
  - ☐ The defendant's <u>right to appeal</u> the Court's sentence
    - ☐ was <u>waived</u> pursuant to the Plea Agreement.
    - ☐ was <u>not waived</u> and the defendant can file an appeal within **fourteen (14) days** of the date the judgment is entered.
  - ☐ All open counts in the charging instrument(s) were dismissed on the motion of the United States.
  - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

- ☒ Bond Hearing/Detention Hearing held.
    - ☐ Defendant _____ did not present a bond application to the Court.
        - ☐ An Order of Detention was executed as to Defendant _____.
        - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
    - ☒ The bond application/modification was granted as to Defendant ____2____.
        - ☒ An Order Setting Conditions of Release and Bond was executed as to Defendant ____2____.
        - ☐ The conditions of release were modified as stated on the record as to Defendant _____.
        - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ The bond application/modification was denied as to Defendant _____.
        - ☐ An Order of Detention was executed as to Defendant _____.
    - ☐ The Government moved for immediate detention of Defendant _____.
        - ☐ The motion was ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
        - ☐ An Arrest Warrant was executed as to Defendant _____.
        - ☐ An Order of Detention was executed as to Defendant _____.
        - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ The decision regarding the bond or detention application was reserved.
        - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
        - ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

### For a defendant currently IN-CUSTODY:

- ☐ Defendant _____ remain(s) in custody.

- ☐ The following order(s) was/were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
    - ☐ A Medical Evaluation Order as to Defendant _____.
    - ☐ A Competency Order as to Defendant _____.
    - ☐ A Force Order as to Defendant _____.

- ☐ The defendant, being sentenced to time served (*time in-custody prior to sentencing/re-sentencing*), shall be released, forthwith.
    - ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
    - ☐ Upon release, the defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
    - ☐ Upon release, the defendant will not serve a term of Supervised Release.

### For a defendant currently AT LIBERTY:

- ☐ Defendant _____ remain(s) on bond.

- ☐ The defendant, being sentenced to a term of imprisonment, shall be immediately remanded to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

- ☐ The defendant, being sentenced to a term of imprisonment, shall surrender for the service of the sentence before **2:00 PM on** _____ at the institution designated by the Federal Bureau of Prisons. The defendant will remain at liberty and under supervision of the Pretrial Services Department until the surrender date.
    - ☐ The U.S. Marshals Voluntary Surrender form was executed.
    - ☐ Motions to extend the surrender date must be made at least a **thirty (30) days** prior to the surrender date.
    - ☐ The defendant was advised that there will be no extensions of the surrender date.

- ☐ The defendant, being sentenced to a term of Probation, will remain at liberty and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

- ☐ The defendant, being sentenced to time served (*time in-custody prior to being released*), shall remain at liberty and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

- ☐ The defendant, being sentenced to time served (*time in-custody prior to being released as well as time under supervision*), shall be released from all conditions of supervision, forthwith.

## V. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed sealed. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party who wishes to get a copy of the transcripts must file a written request to the Court for consideration.

☐

## VI. FURTHER PROCEEDINGS SET:

☐ Bond Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Detention Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Curcio Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Status/Pre-Trial Conf.: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Evidentiary Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Motion Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Jury Selection: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Jury Trial: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Plea Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Fatico Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☑ Sentencing/Re-Sentencing: **4/12/2024** at **1:30 PM** before Judge **Joanna Seybert** (**In Courtroom 1030.**), as to Defendant **2**.
   ☑ Parties are directed to file their sentencing memorandums by **4/5/2024**. Once the memorandums are filed, the parties are to ensure courtesy copies of their submissions are promptly provided to Chambers. (**Note**: Attaching the documents to an e-mail does not satisfy this directive.) If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed on said due date, in lieu of the memorandum.

☐ Further instructions regarding the proceeding(s) set:
   ☐ The Court ordered the proceeding(s) to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.
   ☐

☐ No further proceedings have been set at this time. (**Note**: Further proceedings may have been set previously. Refer to the docket sheet.)