AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
EASTERN District of NEW YORK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 23-CR-197(JS)(AYS) |
| NANCY MARKS ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/5/23

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 05 2023 ★
LONG ISLAND OFFICE

X _Nancy Marks_
Defendant's signature

_[signature]_
Signature of defendant's attorney

RAYMOND PERINI
Printed name of defendant's attorney

_[signature]_
Judge's signature

Joanna Seybert
Judge's printed name and title