# UNITED STATES DISTRICT COURT
## Eastern District of New York

UNITED STATES OF AMERICA  
- v -  
George Anthony Devolder Santos

Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**  
Case No(s).: **23-cr-0197-JS-AYS**  
Date: **12/12/2023**  
Start Time: **10:36 AM**    Total Time: **20 mins.**

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

SEALED PROCEEDING: ☐ Yes  ☒ No

**I. APPEARANCES:**

Defendant (# **1**): **George Anthony Devolder Santos**   Counsel: **Joseph Murray**  
☒ Present  ☐ Not Present  ☐ In Custody  ☒ On Bond  ☐ Surrendered    ☒ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____): _____   Counsel: _____  
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered    ☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____): _____   Counsel: _____  
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered    ☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____): _____   Counsel: _____  
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered    ☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Government: **Anthony Bagnoula, Ryan Harris, Jacob Steiner, John Taddei, Laura Zuckerwise**   Court Reporter: **ToniAnn Lucatorto**  
Pretrial/Probation: _____   FTR Time: _____  
Interpreter: _____   Language: _____   Courtroom Deputy: **Eric L. Russo**

☐ See Additional Appearances page.

**II. PROCEEDINGS HELD:**

☒ In-Person         ☐ Arraignment         ☐ Evidentiary Hearing   ☐ Plea Hearing  
☐ By Telephone      ☐ Bond Hearing        ☐ Fatico Hearing        ☐ Sentencing/Re-Sentencing  
                    ☐ Curcio Hearing      ☐ Initial Appearance    ☒ Status/Pre-Trial Conference  
                    ☐ Detention Hearing   ☐ Motion Hearing  

☐ Other Proceeding: _____

**III. PROCEEDINGS SUMMARY:**

☐ Arraignment held regarding _____.
- ☐ Defendant _____ initial appearance before this Court.
- ☐ Defendant _____ waived Indictment. Waiver(s) executed.
- ☐ Defendant _____ waived the public reading of the charging instrument.
- ☐ The Court read the charges outlined in the charging instrument and the defendant(s) acknowledged the charges.
- ☐ Defendant _____ entered a plea of <u>NOT GUILTY</u> as to all counts of the charging instrument.
- ☐ The Government was advised and acknowledged its obligation under <u>Rule 5(f) of the F.R.Cr.P.</u> and the <u>Due Process Protections Act</u>. The Court will issue a written order with further details.
- ☐ Defendant _____ waived Speedy Trial from _____. (*Excludable Code*: ____ )
- ☐ Defendant _____ did not waive Speedy Trial.
- ☐ Speedy Trial for Defendant _____ waived from _____ by order of the Court. (*Excludable Code*: ____ )
- ☐ The Court deems (or previously deemed) this case complex.
  - ☐ Speedy Trial for Defendant _____ is waived pursuant to <u>18 U.S.C. § 3161(h)(7)(B)(ii)</u>. (*Excludable Code*: <u>XT</u>)
- ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Curcio Hearing held.
    - ☐ The parties presented their oral arguments to the Court.
    - ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
    - ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
    - ☐ The defendant wishes to relieve current defense counsel and:
        - ☐ retain new counsel.
            - ☐ Defendant must retain new counsel by _____; or within _____ of this hearing.
        - ☐ have new counsel appointed by the Court.
            - ☐ The defendant completed and filed a CJA 23 Financial Affidavit for the Court's review.
    - ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☑ Status/Pre-Trial Conference held regarding <u>the charges outlined in the Superseding Indictment filed on 10/10/2023</u>_____.
    - ☐ This was an initial appearance before this Court by Defendant _____.
    - ☑ The parties advised the Court of the status of the case.
    - ☑ Defendant _____**1**_____ waived Speedy Trial from **12/12/2023 - 1/23/2024**. (*Excludable Code*: **XT**)
    - ☐ Defendant _____ did not waive Speedy Trial.
    - ☐ Speedy Trial for Defendant _____ waived from _____ by order of the Court. (*Excludable Code*: ____)
    - ☐ The Court deems (or previously deemed) this case complex.
        - ☐ Speedy Trial for Defendant _____ is waived pursuant to <u>18 U.S.C. § 3161(h)(7)(B)(ii)</u>. (*Excludable Code*: **XT**)
    - ☐ The following briefing schedule was set:
        - ☐ _____ due by: _____.
        - ☐ _____ due by: _____.
        - ☐ _____ due by: _____.
        - ☐ _____ due by: _____.
    - ☐ The parties were directed to file a proposed briefing schedule for this Court's approval on or before _____.
    - ☐ The Court deems (or previously deemed) this case trial ready.
        - ☐ The Court set the following pre-trial submission schedule:
            - ☐ All 3500 material and 404(b) evidence shall be turned over by: _____.
            - ☐ Motions in Limine shall be filed by: _____.
            - ☐ Oppositions to Motions in Limine due by: _____.
            - ☐ Replies to Motions in Limine due by: _____.
            - ☐ Proposed Voir Dire questions and case summary due by: _____.
            - ☐ Proposed exhibits and witness list due by: _____.
            - ☐ Requests to Charge and proposed Verdict Sheets: _____.
        - ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
    - ☐ The parties are to ensure <u>courtesy copies</u> of their submissions (outlined above) are promptly provided to Chambers. (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Evidentiary/Motion Hearing held regarding _____.
    - ☐ The parties presented their oral arguments to the Court.
    - ☐ Witness(es) were called ☐ for the Government; ☐ for the defendant(s).
    - ☐ Exhibits were entered into evidence.
    - ☐ The Court made the following ruling(s): ☐ Motion granted; ☐ Motion denied; ☐ Motion granted, in part, and denied, in part.
        - ☐ [                                                                                                                 ]
    - ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Plea Hearing held as to count(s) _____.
    - ☐ The defendant was informed of the constitutional rights being waived and any potential consequences of pleading guilty.
    - ☐ The defendant withdrew previously entered not guilty plea and entered a plea of <u>GUILTY</u> to the above referenced count(s).
    - ☐ Court found that the there is a factual basis for the plea and accepted the defendant's plea of guilty.
    - ☐ An Order of Forfeiture was executed.
    - ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
    - ☐ The parties waived the preparation of the Presentence Investigation Report.
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Fatico Hearing held.
    - ☐ The parties presented their oral arguments to the Court.
    - ☐ Witness(es) were called ☐ for the Government; ☐ for the defendant(s).
    - ☐ Exhibits were entered into evidence.
    - ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Sentencing/Re-Sentencing held as to count(s) _____.
    - ☐ The parties advised the Court that there are no objections to the Presentence Investigation Report.
    - ☐ The parties outlined their objections to the Presentence Investigation Report on the record.
    - ☐ The Court adopted the Presentence Investigation Report without change.
    - ☐ The Court outlined changes to the Presentence Investigation Report on the record.
    - ☐ Statements were heard from ☐ defense counsel; ☐ the defendant; ☐ the Government; ☐ the victim(s); ☐ others.
    - ☐ The defendant was sentenced to <u>IMPRISONMENT</u> for a total term of _____.
        - ☐ Upon release, the defendant shall be on <u>SUPERVISED RELEASE</u> for a total term of _____.
            - ☐ The defendant shall comply with the standard conditions of supervision (to be outlined in the judgment).
            - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court (to be outlined in the judgment).
        - ☐ The Court did not impose a term of Supervised Release.
    - ☐ The defendant was sentenced to <u>PROBATION</u> for a total term of _____.
        - ☐ The defendant shall comply with the standard conditions of supervision (to be outlined in the judgment).
        - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court (to be outlined in the judgment).
    - ☐ The defendant must pay the following criminal monetary penalties:
        - ☐ <u>RESTITUTION</u> in the amount of       $ _____.
            - ☐ An Order of Restitution was executed.
        - ☐ A <u>FINE</u> in the amount of       $ _____.
        - ☐ A <u>SPECIAL ASSESSMENT</u> fine in the amount of $ _____.
        - ☐ An <u>AVAA ASSESSMENT</u> fine in the amount of    $ _____.
        - ☐ A <u>JVTA ASSESSMENT</u> fine in the amount of     $ _____.
    - ☐ The <u>interest requirement</u> on any of the criminal monetary penalties:
        - ☐ was ordered on the amounts of more than $2,500.00.
        - ☐ was modified, as stated on the record.
        - ☐ was waived/not ordered/not applicable.
    - ☐ Restitution ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
    - ☐ A fine and/or other assessment ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
    - ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by motion to the Court.
    - ☐ All other conditions shall remain in effect as previously ordered and outlined in the judgment(s) dated _____.
    - ☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture.
    - ☐ A Final Order of Forfeiture was executed.
    - ☐ The defendant's <u>right to appeal</u> the Court's sentence
        - ☐ was <u>waived</u> pursuant to the Plea Agreement.
        - ☐ was <u>not waived</u> and the defendant can file an appeal within **fourteen (14) days** of the date the judgment is entered.
    - ☐ All open counts in the charging instrument(s) were dismissed on the motion of the United States.
    - ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ Bond Hearing/Detention Hearing held.
   ☐ Defendant _____ did not present a bond application to the Court.
      ☐ An Order of Detention was executed as to Defendant _____.
      ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
   ☐ The bond application/modification was granted as to Defendant _____.
      ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
      ☐ The conditions of release were modified as stated on the record as to Defendant _____.
      ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
   ☐ The bond application/modification was denied as to Defendant _____.
      ☐ An Order of Detention was executed as to Defendant _____.
   ☐ The Government moved for immediate detention of Defendant _____.
      ☐ The motion was ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
      ☐ An Arrest Warrant was executed as to Defendant _____.
      ☐ An Order of Detention was executed as to Defendant _____.
      ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
   ☐ The decision regarding the bond or detention application was reserved.
      ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
      ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

### For a defendant currently IN-CUSTODY:

☐ Defendant _____ remain(s) in custody.

☐ The following order(s) was/were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
   ☐ A Medical Evaluation Order as to Defendant _____.
   ☐ A Competency Order as to Defendant _____.
   ☐ A Force Order as to Defendant _____.

☐ The defendant, being sentenced to time served (*time in-custody prior to sentencing/re-sentencing*), shall be released, forthwith.
   ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
   ☐ Upon release, the defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
   ☐ Upon release, the defendant will not serve a term of Supervised Release.

### For a defendant currently AT LIBERTY:

☑ Defendant ____1____ remain(s) on bond.

☐ The defendant, being sentenced to a term of imprisonment, shall be immediately remanded to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

☐ The defendant, being sentenced to a term of imprisonment, shall surrender for the service of the sentence before **2:00 PM on** _____ at the institution designated by the Federal Bureau of Prisons. The defendant will remain at liberty and under supervision of the Pretrial Services Department until the surrender date.
   ☐ The U.S. Marshals Voluntary Surrender form was executed.
   ☐ Motions to extend the surrender date must be made at least a **thirty (30) days** prior to the surrender date.
   ☐ The defendant was advised that there will be no extensions of the surrender date.

☐ The defendant, being sentenced to a term of Probation, will remain at liberty and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

☐ The defendant, being sentenced to time served (*time in-custody prior to being released*), shall remain at liberty and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

☐ The defendant, being sentenced to time served (*time in-custody prior to being released as well as time under supervision*), shall be released from all conditions of supervision, forthwith.

**V. OTHER RULINGS MADE DURING THE PROCEEDINGS**:

☐ The record of this proceeding was deemed sealed. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party who wishes to get a copy of the transcripts must file a written request to the Court for consideration.

☐

**VI. FURTHER PROCEEDINGS SET**:

☐ Bond Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Detention Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Curcio Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☒ Status/Pre-Trial Conf.: **1/23/2024** at **10:30AM** before Judge **Joanna Seybert** (**In Courtroom 1030.**), as to Defendant **1**.
☐ Evidentiary Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Motion Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☒ Jury Selection: **9/9/2024** at **9:30 AM** before Judge **Joanna Seybert** (**Ceremonial Courtroom**), as to Defendant **1**.
☐ Jury Trial: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Plea Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Fatico Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Sentencing/Re-Sentencing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
  ☐ Parties are directed to file their sentencing memorandums by _____. Once the memorandums are filed, the parties are to ensure courtesy copies of their submissions are promptly provided to Chambers. (**Note**: Attaching the documents to an e-mail does not satisfy this directive.) If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed on said due date, in lieu of the memorandum.
☐ Further instructions regarding the proceeding(s) set:
  ☐ The Court ordered the proceeding(s) to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.
  ☐

☐ No further proceedings have been set at this time. (**Note**: Further proceedings may have been set previously. Refer to the docket sheet.)