UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-                                                                       23-cr-197 (JS) (AYS)

GEORGE ANTHONY DEVOLDER SANTOS,           **NOTICE OF APPEARANCE**

    Also known as "George Santos"

                      *Defendant.*
------------------------------------------------------------X

    To:    The Clerk of the United States District Court
            For the Eastern District of New York

**PLEASE TAKE NOTICE** that Robert Fantone, Esq. a member of the law firm Mancilla & Fantone, LLP, hereby notes his appearance as retained counsel on behalf of GEORGE ANTHONY DEVOLDER SANTOS, the defendant in the above-captioned matter. Mr. Fantone is licensed in the State of New York and admitted to practice before this Court.

Dated:  January 22, 2024
           New York, New York

                                                           */s/ Robert Fantone*
                                                          Robert Fantone, Esq.
                                                          Mancilla & Fantone, LLP
                                                          260 Madison Avenue, 22nd Floor
                                                          New York, New York 10016
                                                          P (646) 225-6686
                                                          F (646) 655-0269
                                                          E robert@law-mf.com

To:  All parties of record via ECF