# UNITED STATES DISTRICT COURT
## Eastern District of New York

UNITED STATES OF AMERICA
- v -
George Anthony Devolder Santos

Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**
Case No(s).: **23-cr-0197-JS-AYS**
Date: **1/23/2024**
Start Time: **10:40 AM** Total Time: 5 mins.

**MINUTE ENTRY FOR A CRIMINAL PROCEEDING**

**SEALED PROCEEDING: ☐ Yes ☑ No**

## I. APPEARANCES:

Defendant (# 1 ): **George Anthony Devolder Santos**
☑ Present ☐ Not Present ☐ In Custody ☑ On Bond ☐ Surrendered

Counsel: **Joseph Murray, Andrew Mancilla, Robert Fantone, Jr.**
☑ Retained ☐ Federal Defender ☐ CJA ☐ ____________

Defendant (# ____ ): ____________
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: ____________
☐ Retained ☐ Federal Defender ☐ CJA ☐ ____________

Defendant (# ____ ): ____________
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: ____________
☐ Retained ☐ Federal Defender ☐ CJA ☐ ____________

Defendant (# ____ ): ____________
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: ____________
☐ Retained ☐ Federal Defender ☐ CJA ☐ ____________

Defendant (# ____ ): ____________
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: ____________
☐ Retained ☐ Federal Defender ☐ CJA ☐ ____________

Defendant (# ____ ): ____________
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: ____________
☐ Retained ☐ Federal Defender ☐ CJA ☐ ____________

Defendant (# ____ ): ____________
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: ____________
☐ Retained ☐ Federal Defender ☐ CJA ☐ ____________

Defendant (# ____ ): ____________
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: ____________
☐ Retained ☐ Federal Defender ☐ CJA ☐ ____________

Government: **Ryan Harris, John Taddei, Anthony Bagnuola**

Pretrial Services: ____________

Probation Dept.: ____________

Other Appearances: ____________

Interpreter(s): ____________

Language: ____________

Court Reporter(s): **Marie Foley**

FTR Time(s): ____________

Courtroom Deputy: Eric L. Russo

## II. PROCEEDINGS HELD:

☑ In-Person
☐ By Telephone
☐ By Video

☐ Arraignment (*pg. 2*)
☐ Bond Hearing (*pg. 5*)
☐ Curcio Hearing (*pg. 2*)
☐ Detention Hearing (*pg. 5*)
☐ Evidentiary Hearing (*pg. 4*)

☐ Fatico Hearing (*pg. 4*)
☐ Initial Appearance (*pg. 2*)
☐ Jury Deliberations (*pg. 3*)
☐ Jury Selection (*pg. 3*)
☐ Jury Trial (*pg. 3*)

☐ Motion Hearing (*pg. 4*)
☐ Plea Hearing (*pg. 3*)
☐ Sentencing/Re-Sentencing (*pg. 4*)
☑ Status/Pre-Trial Conference (*pg. 2*)

☐ Other Proceeding: ____________

## III. SUMMARY OF THE PROCEEDINGS:

☐ Arraignment held as to the charge(s) outlined in the ______________________________.
- ☐ This was an initial appearance before this Court by Defendant ________.
- ☐ Defendant ________ waived Indictment.
  - ☐ Waiver of Indictment executed by Defendant ________.
- ☐ Defendant ________ waived the public reading of the charging instrument.
- ☐ Defendant ________ was advised of, and acknowledged, the charges outlined in the charging instrument.
- ☐ The Government was advised of, and acknowledged, its obligation under Rule 5(f) of the F.R.Cr.P. and the Due Process Protections Act.
  - ☐ A written order will be entered fully describing this obligation and the possible consequences of failing to meet it.
- ☐ Defendant ________ entered a plea of NOT GUILTY as to all counts of the charging instrument.
- ☐ Defendant ________ waived Speedy Trial from __________ to __________ pursuant to ____________________.
  (*For Internal Use Only*: Excludable Code = ______________________________.)
- ☐ Defendant ________ did not waive Speedy Trial.
  - ☐ Speedy Trial was ordered waived for Defendant ________ from __________ to __________ pursuant to ____________________.
    (*For Internal Use Only*: Excludable Code = ______________________________.)
- ☐ The Court deems (or previously deemed) this case COMPLEX.
  - ☐ Speedy Trial was ordered waived for Defendant ________ from __________ to __________ pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).
    (*For Internal Use Only*: Excludable Code = XT - Interest of Justice .)
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Curcio Hearing held as to Defendant ________.
- ☐ Attorney ______________________ (☐ Federal Defender; ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
- ☐ The parties presented their oral arguments to the Court.
- ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
- ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
- ☐ The defendant requested that current counsel be relieved and:
  - ☐ that the defendant will retain new counsel.
    - ☐ The defendant must retain new counsel by __________; or within ____________________ of this hearing.
  - ☐ that the Court appoint new counsel.
    - ☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
- ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was RESERVED.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☑ Status Conference/Pre-Trial Conference held as to the charges outlined in the Superseding Indictment (S-1) filed on 10/10/2023.
- ☐ This was an initial appearance before this Court by Defendant ________.
- ☑ The parties advised the Court of the status of the case.
- ☑ Defendant **1** waived Speedy Trial from **1/23/2024** to **8/13/2024** pursuant to 18 U.S.C. § 3161(h)(7).
  (*For Internal Use Only*: Excludable Code = XT - Interest of Justice.)
- ☐ Defendant ________ did not waive Speedy Trial.
  - ☐ Speedy Trial was ordered waived for Defendant ________ from __________ to __________ pursuant to ____________________.
    (*For Internal Use Only*: Excludable Code = ______________________________.)
- ☐ The Court deems (or previously deemed) this case COMPLEX.
  - ☐ Speedy Trial was ordered waived for Defendant ________ from __________ to __________ pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).
    (*For Internal Use Only*: Excludable Code = XT - Interest of Justice .)
- ☑ The Court deems (or previously deemed) this case TRIAL READY.
  - ☐ The Court set the following pre-trial submission schedule:
    - ☐ All 3500 material and 404(b) evidence: due by: __________.
    - ☐ Motion(s) in Limine and all supporting papers: due by: __________.
    - ☐ Opposition(s) to Motions in Limine and all supporting papers: due by: __________.
    - ☐ Reply(ies) to Motions in Limine and all supporting papers: due by: __________.
    - ☐ Proposed Voir Dire questions and case summary: due by: __________.
    - ☐ Proposed exhibit and witness list: due by: __________.
    - ☐ Proposed Jury Charge and Verdict Sheet: due by: __________.
    - ☐ The Court WILL NOT grant any extensions of the deadlines set forth above.
    - ☐ The parties are directed to submit courtesy copies of their submissions to Chambers in accordance with the Court's Individual Rules.
  - ☐ The parties were directed to file a proposed pre-trial submission schedule on or before __________.
  - ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
- ☑ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Plea Hearing held as to count(s) __________ of the __________-count ____________________________________________________________.
- ☐ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.
- ☐ The defendant withdrew previously entered not guilty plea and entered a plea of GUILTY to the above referenced count(s).
- ☐ Court found that the there is a factual basis for the guilty plea and ACCEPTED the defendant's plea of guilty.
- ☐ An Order of Forfeiture was executed.
- ☐ The parties consented to hold the preparation of the Presentence Investigation Report in ABEYANCE.
- ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
- ☐ The parties waived the preparation of the Presentence Investigation Report.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Selection (*Voir Dire*) held.
- ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
- ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
- ☐ ____________ moved for a Batson Challenge as to Juror ________.
  - ☐ The parties presented their oral arguments to the Court.
  - ☐ The Court made the following ruling: ☐ Motion GRANTED, the juror was excused; ☐ Motion DENIED, the juror remained on the panel.
- ☐ A jury of ____, with ____ alternates, were selected and are satisfactory to all parties.
  - ☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered.
- ☐ The selected jurors were sworn as trial jurors.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Trial held.
- ☐ A jury of ____, with ____ alternates, were previously selected by _____________________________ and are satisfactory to all parties.
- ☐ The selected jurors were sworn as trial jurors.
- ☐ The jurors were given preliminary instructions by the Court.
- ☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
- ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
- ☐ Exhibit(s) were entered into evidence.
- ☐ The Government rested its case.
- ☐ The defense rested its case.
- ☐ A Charge Conference was held with the Court and counsel.
- ☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
- ☐ The Court charged the jury.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Deliberations held.
- ☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
- ☐ Jury Notes were received and marked as Court Exhibits.
- ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
- ☐ The jury rendered the following verdict:
  - ☐ _____________ on Count(s): ____________________ as to Defendant ________.
  - ☐ _____________ on Count(s): ____________________ as to Defendant ________.
  - ☐ _____________ on Count(s): ____________________ as to Defendant ________.
  - ☐ _____________ on Count(s): ____________________ as to Defendant ________.
- ☐ The jurors were polled as to their verdict.
- ☐ The Verdict Sheet was received and marked as a Court Exhibit.
- ☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
  - ☐ Jury Notes were received and marked as Court Exhibits.
  - ☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
  - ☐ The jurors were polled as to their verdict.
  - ☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
- ☐ The jurors, including alternates, were excused with the thanks of the Court.
- ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Evidentiary Hearing/Motion Hearing/Fatico Hearing held.
- ☐ Hearing held regarding ______________________________________________.
- ☐ The parties presented their oral arguments to the Court.
- ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
- ☐ Exhibits were entered into evidence.
- ☐ The following briefing schedule was set:
  - ☐ ____________ shall serve the motion and all supporting papers: due by: __________.
  - ☐ ____________ shall serve the opposition to the motion and all supporting papers: due by: __________.
  - ☐ ____________ shall serve the cross-motion and all supporting papers: due by: __________.
  - ☐ ____________ shall serve the reply and all supporting papers: due by: __________.
  - ☐ ____________ shall serve the opposition to the cross motion and all supporting papers: due by: __________.
  - ☐ ____________ shall serve the reply to the cross motion and all supporting papers: due by: __________.
  - ☐ The Court WILL NOT grant any extensions of the deadlines set forth above.
  - ☐ The parties are directed to submit courtesy copies of their motion papers to Chambers in accordance with the Court's Individual Rules.
- ☐ The parties were directed to file a proposed briefing schedule on or before __________.
- ☐ The Court will enter a separate order outlining the briefing schedule.
- ☐ The Court made the following ruling(s): ☐ Motion GRANTED; ☐ Motion DENIED; ☐ Motion GRANTED, in part.
- ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was RESERVED.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Sentencing/Re-Sentencing held as to count(s) __________ of the __________-count ______________________________.
- ☐ The parties advised the Court that there are no objections to the Presentence Investigation Report.
- ☐ Objections to the Presentence Investigation Report were outlined on the record by: ☐ the Government; ☐ Defense Counsel.
- ☐ The Court adopted the Presentence Investigation Report without change.
- ☐ Changes to the Presentence Investigation Report were outlined on the record by the Court.
- ☐ Oral presentations to the Court were made by: ☐ Defense Counsel; ☐ the defendant; ☐ the Government; ☐ the victim(s); ☐ _____________.
- ☐ The defendant was sentenced to IMPRISONMENT for a total term of ______________________________.
  - ☐ Upon release, the defendant shall be on SUPERVISED RELEASE for a total term of ________________________.
    - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
      - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
    - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
  - ☐ The Court did not impose a term of Supervised Release.
- ☐ The defendant was sentenced to PROBATION for a total term of ________________________.
  - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
    - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
  - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
- ☐ The defendant must pay the following criminal monetary penalties:
  - ☐ RESTITUTION in the amount of: $ ________________; (☐ An Order of Restitution was executed.)
  - ☐ A FINE in the amount of: $ ________________.
  - ☐ A SPECIAL ASSESSMENT fine in the amount of: $ ________________.
  - ☐ An AVAA ASSESSMENT fine in the amount of: $ ________________.
  - ☐ A JVTA ASSESSMENT fine in the amount of: $ ________________.
- ☐ The interest requirement on any of the criminal monetary penalties:
  - ☐ was ordered on the amounts of more than $2,500.00.
  - ☐ was modified by the Court.
  - ☐ was waived/not ordered/not applicable.
- ☐ Restitution: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
- ☐ A fine and/or other assessment: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
- ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.
- ☐ All other conditions shall remain in effect as previously ordered and outlined in the judgment dated __________.
- ☐ The Order of Forfeiture dated __________ was adopted as the Final Order of Forfeiture and will be included as part of the judgment.
- ☐ A Final Order of Forfeiture was executed and will be included as part of the judgment.
- ☐ The defendant's right to appeal the Court's sentence:
  - ☐ was waived (*pursuant to the Plea/Cooperation Agreement, or as stated on the record*).
  - ☐ was preserved. The defendant has the right to file an appeal within **fourteen (14) days** of the date that the judgment is **entered, not filed**.
- ☐ All open counts in the charging instrument(s) were dismissed on the motion of the United States.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ Bond Hearing/Detention Hearing held.
☐ Defendant ________ did not present a bond application to the Court.
☐ An Order of Detention was executed as to Defendant ________.
☐ An Order Scheduling a Detention Hearing was executed as to Defendant ________.
☐ The bond application/modification was GRANTED as to Defendant ________.
☐ An Order Setting Conditions of Release and Bond was executed as to Defendant ________.
☐ The conditions of release were modified as to Defendant ________, as stated on the record.
☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant ________.
☐ The bond application/modification was DENIED as to Defendant ________.
☐ An Order of Detention was executed as to Defendant ________.
☐ The Government moved for immediate detention of Defendant ________.
☐ The motion was: ☐ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
☐ An Arrest Warrant was executed as to Defendant ________.
☐ An Order of Detention was executed as to Defendant ________.
☐ The conditions of release were modified as to Defendant ________, as stated on the record.
☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant ________.
☐ The decision regarding the bond or detention application was RESERVED.
☐ An Order Scheduling a Detention Hearing was executed as to Defendant ________.
☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant ________.
☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

☐ Defendant ________ remain(s) in custody.

☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
☐ A Medical Evaluation Order as to Defendant ________.
☐ A Competency Order as to Defendant ________.
☐ A Force Order as to Defendant ________.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
☐ The defendant will not serve a term of Supervised Release.

**For a defendant currently AT LIBERTY:**

☑ Defendant ___**1**___ remain(s) on bond.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before **2:00 PM on** __________ at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the Pretrial Services Department until the ordered surrender date.
☐ The U.S. Marshals Voluntary Surrender form was executed.
☐ Any motion to extend the surrender date must be made at least **thirty (30) days** prior to the ordered surrender date.
☐ The defendant was advised that there will be no extensions of the surrender date.

☐ The defendant, being sentenced to a TERM OF PROBATION, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), shall be released from all conditions of supervision, forthwith.

**V. FURTHER PROCEEDINGS SET:**

☐ No further proceedings have been set at this time.

☐ Bond Hearing: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

☐ Curcio Hearing: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

☐ Detention Hearing: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

☐ Evidentiary Hearing: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

☐ Fatico Hearing: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

☑ Jury Selection: For Defendant **1** set for **9/9/2024** at **9:30 AM** before **Judge Joanna Seybert**; **In Courtroom 287**.

☐ Jury Trial: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

☐ Motion Hearing: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

☐ Plea Hearing: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

☑ Pre-Trial Conference: For Defendant **1** set for **8/13/2024** at **10:30 AM** before **Judge Joanna Seybert**; **In Courtroom 1030**.

☐ Sentencing/Re-Sentencing: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

- ☐ Sentencing Memoranda Deadlines:
  - ☐ The Government's sentencing memorandum is due by: __________.
  - ☐ The defendant's sentencing memorandum is due by: __________.
  - ☐ The parties are directed to submit courtesy copies of their sentencing memorandums to Chambers in accordance with the Court's Individual Rules. If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed on said due date, in lieu of the memorandum. **PARTIES ARE ON NOTICE** that once their sentencing memorandums are filed, further sentencing submissions will not be accepted without prior, written, Court approval.
- ☐ All sentencing memorandums have been filed. Further sentencing submissions will not be accepted without prior, written, Court approval.
- ☐ The Government waived the filing of a sentencing memorandum and reserved the right to make an oral presentation at sentencing.
- ☐ Defense counsel waived the filing of a sentencing memorandum and reserved the right to make an oral presentation at sentencing.

☐ Status Conference: For Defendant ______ set for ________ at ________ before ______________________________; ___________________.

☐ The Court ordered the proceeding(s) above to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.

☐ The Court ordered the proceeding(s) above to be held by video, via **ZoomGov**. The parties on the case will be sent a separate notice by the Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date approaches.

☐ *Further instructions regarding the proceeding(s) set*:

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed **SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☑ *The Court made the following rulings*:

- The Court adopted the pre-trial submission schedule as outlined in the parties joint letter filed on 1/22/2024 (see DE 58).

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):