

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AXB
F. #2023R01030

*610 Federal Plaza*
*Central Islip, New York 11722*

April 12, 2024

<u>By ECF</u>

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: <u>United States v. Devolder Santos</u>
       <u>Criminal Docket No. 23-197 (S-1) (JS)</u>

Dear Judge Seybert:

    The government respectfully submits this letter in response to defendant George Anthony Devolder Santos's motion to extend the pretrial motion schedule in the above-referenced matter. (ECF:65). In particular, the government seeks the Court's leave to file its response to the

motion on or before April 17, 2024, with the defendant's reply, if any, due on or before April 19, 2024.  We thank the Court for its attention to this matter.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

By:    /s/
        Ryan C. Harris
        Anthony Bagnuola
        Laura Zuckerwise
        Assistant U.S. Attorneys

        COREY R. AMUNDSON
        Chief, Public Integrity Section
        Criminal Division, U.S. Department of Justice

By:    /s/
        Jacob R. Steiner
        John P. Taddei
        Trial Attorneys

cc:    Clerk of Court (JS) (via ECF and email)
      Counsel of Record (via ECF and email)

SO ORDERED:

_____
HON. JOANNA SEYBERT, U.S.D.J.