UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-cr-197 (S-1) (JS) (AYS) |
| -v- | |
| GEORGE ANTHONY DEVOLDER SANTOS, | **DECLARATION OF ANDREW MANCILLA IN SUPPORT OF DEFENDANT GEORGE ANTHONY DEVOLDER SANTOS' PRETRIAL OMNIBUS MOTIONS** |
| Also known as "George Santos" | |
| *Defendant*. | |

I, ANDREW MANCILLA, an attorney duly admitted to practice before this Court, hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.      I am an attorney of record for the Defendant George Anthony Devolder Santos ("Santos"), and as such I am fully familiar with the facts and circumstances stated herein.

2.      I submit this declaration in support of Defendant Santos' Pretrial Omnibus Motions.

3.      Annexed hereto as **Exhibit "A"** is a true and accurate copy of the transcript of the oral argument on February 27, 2023, in *Dubin v. United States,* 143 S. Ct. 1557 (2023).

4.      Annexed hereto as **Exhibit "B"** is a true and accurate copy of the government's disclosure letter dated October 27, 2023.

5.      Annexed hereto as **Exhibit "C"** is a true and accurate copy of the government's disclosure letter dated March 14, 2024.

6.      Annexed hereto as **Exhibit "D"** is a true and accurate copy of defendant's letter dated April 8, 2024, requesting discovery and a bill of particulars.

7.    Annexed hereto as **Exhibit "E"** is a true and accurate copy of the government's letter dated April 9, 2024, denying and responding to the defendant's requests in his letter dated April 8, 2024.

Dated:  May 3, 2024
New York, New York

_/s/ Andrew Mancilla_
ANDREW MANCILLA, ESQ.

To:  All parties of record via ECF