**Mancilla & Fantone LLP**

**ROBERT FANTONE**
Attorney  Partner
NY, NJ, SDNY, EDNY, DNJ

260 MADISON AVE, 22ND FLR
NEW YORK, NY 10016
T 646 225 6686  F 646 655 0269
**robert@law-mf.com**

June 10, 2024

**Via ECF**
The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

    **Re:**  US v. George Devolder Santos (23-cr-197) (S-2) (JS)
        **Waiver of Defendant's Appearance at Arraignment**

Dear Judge Seybert:

  We represent George Devolder Santos, the Defendant in the above-referenced matter. We write to provide a waiver of appearance on behalf of Mr. Santos with respect to his arraignment pertaining to the recently filed Second Superseding Indictment (the "S-2 Indictment"), currently scheduled for June 12, 2024 at 1:00 p.m. The Government consents to this request.

  This request is made pursuant to Federal Rule of Criminal Procedure 10(b). As stated above, Mr. Santos has been charged by the S-2 Indictment (ECF 79) filed on May 28, 2024. Further, Mr. Santos affirms the following:

   (1) That he wishes to waive his appearance at the arraignment pertaining to the S-2 Indictment;
   (2) That he has received a copy of the S-2 Indictment;
   (3) That he enters a plea of not guilty.

  Thus, Mr. Santos respectfully requests that this Court waive his appearance at the arraignment currently scheduled on June 12, 2024 at 1:00 p.m.

Affirmed this the 10th day of June 2024:

_____   _____
GEORGE DEVOLDER SANTOS      ROBERT M. FANTONE, ESQ.