

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| RCH:AXB/LAZ | *610 Federal Plaza* |
| F. #2022R01030 | *Central Islip, New York 11722* |

August 16, 2024

By ECF

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Devolder Santos
     Criminal Docket No. 23-197 (S-2) (JS)

Dear Judge Seybert:

   The government respectfully submits this letter on behalf of all parties in the above-captioned matter to request that the Court schedule an in-person conference on Monday, August 19, 2024, or as soon thereafter as the Court is available. In addition, the parties jointly request that the Court extend the defendant's deadline for filing a response to the government's motions in limine from August 16, 2024, until August 21, 2024, and the parties' deadline to exchange lists of witnesses and exhibits and disclose materials pursuant to 18 U.S.C. § 3500

and Federal Rule of Criminal Procedure 26.2 from August 19, 2024, until Friday, August 23, 2024, pending the completion of the aforementioned in-person conference.

          Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Ryan C. Harris
Anthony Bagnuola
Laura Zuckerwise
Assistant U.S. Attorneys

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

By:    /s/
Jacob R. Steiner
John P. Taddei
Trial Attorneys

cc:    Clerk of the Court (JS) (by ECF)
       Counsel of Record (by ECF)