

**ANDREW MANCILLA**
NY, CA, NJ, SDNY, EDNY, DNJ,
2ND CIRCUIT, US SUPREME COURT

260 MADISON AVE, 22ND FLR
NEW YORK, NY 10016
T 646.225.6686  F 646.655.0269
andrew@law-mf.com

August 20, 2024

**By ECF**
The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    **Standard Plea Form Correction**
                **United States v. Devolder Santos, No. 23-197 (S-2) (JS)**

Dear Judge Seybert:

      We represent Mr. Santos is the above-referenced matter and write to correct an error in the standard plea form submitted in connection with Mr. Santos' guilty plea yesterday, which is docketed as [Dkt. No. 103](#).

      On the final page of the form, it appears that the box marked "Yes" was mistakenly checked in response to the question "Has anyone threatened or forced you to plead guilty?" This is incorrect. As Mr. Santos stated under oath during his allocution, the true and correct answer to this question is "No." To be clear, as Mr. Santos stated in Court, no one had threatened or forced Mr. Santos to plead guilty.

      We respectfully request that the Court note this correction for the record. Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      /*s/ Andrew Mancilla*
                                    Andrew Mancilla

cc:    Via ECF
        AUSA Ryan C. Harris
        AUSA Anthony Bagnuola
        AUSA Laura Zuckerwise
        Trial Attorney Jacob R. Steiner
        Trial Attorney John P. Taddei