# UNITED STATES DISTRICT COURT
### FOR THE
## EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Ogoro Francis-McLeish**
Chief Deputy, Central Islip



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000
Pro Se: (631) 712-6060

Date: 8/26/024
Re: 23-cr-00197(JS)(AYS)-1

Dear *pro se* litigant:

The enclosed ___letter___ is/are being returned without docketing or consideration for the following reason(s):

(  )   The docket number and/or judges' initials are incorrect or missing.

(  )   Your signature is required on all papers filed with the Court.  Please sign wherever an "X" appears.

(  )   These papers appear to be intended for another court or agency.

(  )   Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel.  An affirmation of service form is enclosed.

(  )   Your papers do not meet the minimum requirements for:
    (  )   Legibility: please type or print clearly.
    (  )   Language: only <u>English</u> is acceptable.
    (  )   Form or Content:  See forms/instructions enclosed.
    (  )   Please indicate the documents you served on your affirmation of service.
    (  )   Other:

(  )   Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

(  )   Your <u>Notice of Appeal</u> has been processed, and your case is closed. Your papers should be directed to:

      United States Court of Appeals for the Second Circuit
      Thurgood Marshall U. S. Courthouse
      40 Foley Square
      New York, NY 10007

(  )  Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

(  )   The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office**.**

(XX)   <u>Other</u>:  The Court cannot consider ex parte submissions. If you wish to contact the Victim-Witness Coordinator of the United States Attorney's Office for the Eastern District of New Work, please see https://www.justice.gov/usao-edny/victim-witness.

By: *K. Santana*
K. Santana

JUDGE JOANNA SEYBERT
U.S. DISTRICT COURT FOR
N.Y. EASTERN DISTRICT
106 FEDERAL PLAZA
CENTRAL ISLIP, N.Y. 11722

8/20/24

JERRY SMALL
25 CHERRY LA. E
SYOSSET NY. 11791

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ AUG 23 2024 ★

LONG ISLAND OFFICE

DEAR JUSTICE SEYBERT

REC'D IN PRO SE OFFICE
AUG 23 '24 PM2:06

GEORGE SANTOS IS THE SCUM OF THE EARTH. HE DID THE WORST THING A POLITICIAN CAN DO TO THE VOTERS. HE TOTALLY BETRAYED US ON EVERY LEVEL AND CAUSED A BAD REPUTATION FOR ALL OUR POLITICIANS. HE LIED, HE CHEATED AND HE STOLE IN A MOST BODACIOUS MANNER.

I URGE YOU TO IMPOSE THE SERVEREST PENALTY THE LAW ALLOWS.

NO MATTER HOW MUCH TIME HE SERVES HE WILL STILL BE A SCAM ARTIST WHEN HE GETS OUT AND WILL DO IT AGAIN.

RECEIVED
AUG 23 2024
EDNY PRO SE OFFICE

RESPECTFULLY YOURS

Jerry Small

TAXPAYER + VOTER

Jerry S. Small
25 Cherry Ln E
Syosset, NY 11791-1815

MID-ISLAND NY 117

21 AUG 2024 PM 3 L



RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 23 2024

LONG ISLAND OFFICE

JUDGE JOANNA SEYBERT
U.S. DISTRICT COURT FOR
EASTERN DISTRICT
100 FEDERAL PLAZA
CENTRAL ISLIP, N.Y. 11722

11722-443800