UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                 Case No. 2:23-cr-197-JS

GEORGE ANTHONY DEVOLDER SANTOS,
       also known as "George Santos,"

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Trial Attorney Jacob R. Steiner from this point forward will be withdrawn as counsel in the above-captioned matter.

Dated:  Central Islip, New York
         January 31, 2025

                                      Respectfully submitted,

                                      JOHN D. KELLER
                                      Acting Chief, Public Integrity Section
                                      U.S. Department of Justice

                           By:    */s/ Jacob R. Steiner*
                                      Jacob R. Steiner
                                      Trial Attorney

cc:    Clerk of the Court (JS)
       Counsel of Record