# PERINI & HOERGER
**ATTORNEYS AT LAW**
1770 MOTOR PARKWAY
SUITE 300
ISLANDIA, NEW YORK 11749

**RAYMOND G. PERINI**  (631)232-2224
**MAUREEN S. HOERGER**  FAX  (631)232-2344

Hon. Joanna Seybert                                June 25, 2025
United States District Court
Eastern District of New York
Federal Court House
Central Islip, New York 11722

Dear Judge Seybert ,                re: **United States v. Nancy Marks**
                                    **Dkt. No 23-CR- 197**

We write to request the return of Ms. Marks' passport, which is expired. It was surrendered to Pre-Trial Services as part of her bail conditions. According to the letter from Pre-Trial the court can order it either returned to sent to the probation department.

I have consulted with AUSA Bagnuola and the government defers to probation regarding this. P.O. Ragogna has no objection to the return.

On a second matter, after reviewing Ms. Marks budget and income, P.O. Ragogna and Ms. Marks agree that $500 a month restitution would be available from her funds. If the court is amenable to this, we request that it order a figure of $500 per month until such time as her financial condition changes.

Thank you for your consideration of these matters.

                                    Sincerely,
                                    PERINI & H0ERGER


                                    MAUREEN S. HOERGER

cc. AUSA Anthony Bagnuola by ECF.
P, O. Ragogna by email